144 So. 924

**LIFE INSURANCE CO. OF VA. v. Luther M. COPELAND.**

6 Div. 231.

Court of Appeals of Alabama.

Oct. 6, 1932.

PER CURIAM.
Appeal dismissed by agreement.

---

149 So. 926

**LIFE & CASUALTY INS. CO. OF TENN. v. Addie Lee BOWLING.**

1 Div. 125.

Court of Appeals of Alabama.

Aug. 10, 1933.

PER CURIAM.
Appeal dismissed by consent.

---

146 So. 922

**Willie LIGHTFOOT v. STATE.**

8 Div. 727.

Court of Appeals of Alabama.

Feb. 14, 1933.

SAMFORD, Judge.
Affirmed.

---

150 So. 925

**Elmore LIPSCOMB v. STATE.**

6 Div. 546.

Court of Appeals of Alabama.

Nov. 21, 1933.

PER CURIAM.
Appeal dismissed on motion of appellant.

---

146 So. 922

**Earl LITTLE v. STATE.**

8 Div. 487.

Court of Appeals of Alabama.

Feb. 21, 1933.

RICE, Judge.
Affirmed.

---

150 So. 925

**Rich LOLLEY v. STATE.**

4 Div. 16.

Court of Appeals of Alabama.

Nov. 14, 1933.

SAMFORD, Judge.
Appeal dismissed.